**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                                                        Case No.   1:22-cv-8879-JPO

                Plaintiff,

           - against -

SAFE COSMETICS LLC,

                Defendant.
-------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Safe Cosmetics LLC.

Dated: Scarsdale, New York
       March 31, 2023

                                              SHAKED GOUP, P.C.
                                              Attorneys for Plaintiff
                                       By: _____
                                          Dan Shaked, Esq.
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          e-mail: ShakedLawGroup@Gmail.com

SO ORDERED.

April 7, 2023
New York New York

_____
J. PAUL OETKEN
United States District Judge